■ In the Matter of EDWARD J. CLARK, JR., an Infant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Estate of CARMELA T. CLARK, Deceased.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of HYMAN FELDMAN, Appellant, against COOPERDALE DAIRY CO. INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent. v. WILLIAM DEWITT GERMAN, Appellant.— Motion for permission to perfect appeal on original record and hand-written briefs denied. Motion for enlargement of time denied on the ground that no meritorious grounds of appeal have been shown. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ GLENN GILROY, Appellant, v. POWELL FUEL CO. INC., et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of BERTHA GOMES, Appellant, against WHITE METAL ROLLING AND STAMPING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ. [See 4 A D 2d 710.]

■ In the Matter of the Claim of ANN KATTOU et al., Appellants, against P. C. RICHARD & SON, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ FRANCIS E. LAREAU, Appellant, v. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of NORMAN LEVINE et al., Appellants. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of ANDREW G. MILLER, Appellant, against IRVINGTON FORM AND TANK CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of JOSEPH MITCHELL, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.— Motion to dismiss proceeding granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of NORTH BLOOMFIELD WATER DISTRICT, Petitioner, against WATER POWER AND CONTROL COMMISSION et al., Respondents. CITY OF ROCHESTER, Intervenor-Respondent.— Motion to dismiss proceeding granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Construction of the Will of CARMELA T. CLARK, Deceased.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.